ELLEN F. ROSENBLUM
Attorney General
DREW K. BAUMCHEN  #045032
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Drew.Baumchen@doj.state.or.us

Attorney for Defendants State of Oregon and Travis Hampton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARRELL KIMBERLIN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CITY OF PORTLAND, STATE OF OREGON, TRAVIS HAMPTON, and JOHN DOES 1 AND 2,<br><br>　　　　Defendant. | Case No.  3:22-cv-01328-SI<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

　　Defendants State of Oregon and Travis Hampton hereby give notice that Drew K. Baumchen, Senior Assistant Attorney General, is now counsel of record in this proceeding in place of Jessica B. Spooner, Assistant Attorney General.

　　The new address for the receipt of all correspondence and pleadings is 100 Market Street, Portland OR  97201.

　　DATED July 26, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ELLEN F. ROSENBLUM
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　*s/ Drew K. Baumchen*
　　　　　　　　　　　　　　　　　　DREW K. BAUMCHEN #045032
　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Tel (971) 673-1880 / Fax (971) 673-5000
　　　　　　　　　　　　　　　　　　Drew.Baumchen@doj.state.or.us
　　　　　　　　　　　　　　　　　　Of Attorneys for Defendants
　　　　　　　　　　　　　　　　　　State of Oregon and Travis Hampton

Page 1 -　NOTICE OF SUBSTITUTION OF COUNSEL
　　　　　DB7/a4s/661899370

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000