ALEX MEGGITT, OSB #174131
Email: ameggitt@ojrc.info
AMANDA LAMB, OSB#222284
Email: alamb@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**DARRELL KIMBERLIN,**

        **PLAINTIFF,**

    v.

**CITY OF PORTLAND, STATE OF
OREGON, TRAVIS HAMPTON, and
JOHN DOES 1 AND 2,**

        **DEFENDANTS.**

**Case No. 3:22-CV-01328-SI**

**PLAINTIFF DARRELL
KIMBERLIN'S
NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Amanda Lamb, of the law firm Oregon Justice Resource Center, is associated as counsel of record for Plaintiff Darrell Kimberlin in the above-captioned case.

Dated: September 11, 2023

Respectfully submitted,

*/s/ Amanda Lamb*_____
AMANDA LAMB, OSB #222284
Of Attorney for Plaintiff